**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

JOSHUA YOUNG #Y63674,

Plaintiff,

-vs-

LATOYA HUGHES, *et al*,

Defendants.

Case No. 25-cv-2191-GCS

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES**

NOW COMES the Defendant LATOYA HUGHES, by KWAME RAOUL, Attorney General of the State of Illinois, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, Prison Litigation Reform Act, 42 U.S.C. § 1997e, *et seq*. ("PLRA"), and *Pavey v. Conley*, 544 F.3d, 739, 749 (7th Cir. 2008) for her Motion for Summary Judgment on the Issue of Exhaustion of Administrative Remedies, stating as follows:

1. Plaintiff, Joshua Young, #Y63674, is an individual in custody with the Illinois Department of Corrections and is currently housed at Robinson Correctional Center. Plaintiff filed his Complaint in this matter on December 16, 2025. (Doc. 5). In his Complaint, Plaintiff alleges violations of his constitutional rights under 42 U.S.C. § 1983.

2. The Court issued a Memorandum and Order, allowing Plaintiff to proceed on an Eighth Amendment deliberate indifference claim against Defendants Jennings and Hughes. (Doc. 7).

3. Under the Prison Litigation Reform Act ("PLRA"), all prison inmates bringing an action under 42 U.S.C. §1983 with respect to prison conditions must first exhaust all administrative

remedies prior to filing suit. 42 U.S.C. §1997e(a); see *Pavey v. Conley*, 544 F.3d 739, 740 (7th Cir. 2008); *Perez v. Wisconsin Dept. of Corrections*, 182 F.3d 532, 535 (7th Cir. 1999).

4. Plaintiff failed to exhaust his administrative remedies as to his claims in Count 2 against Defendant Hughes.

5. A memorandum of law is filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this Honorable Court grant her Motion for Summary Judgment on the Issue of Failure to Exhaust Administrative Remedies and enter judgment in her favor, and grant any other relief deemed just and proper.

Respectfully submitted,

LATOYA HUGHES

Defendant,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendant,

BY: s/ Andrew Holder
Andrew Holder #6353046
Assistant Attorney General

Andrew Holder #6353046
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8784 Phone
(618) 236-8620 Fax
Email: Andrew.Holder@ilag.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOSHUA YOUNG #Y63674,<br><br>Plaintiff,<br><br>-vs-<br><br>LATOYA HUGHES, *et al*,<br><br>Defendants. | Case No. 25-cv-2191-GCS |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2026, the foregoing document, ***Defendant's Motion for Summary Judgment on the Issue of Exhaustion of Administrative Remedies***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

Joshua Young #Y63674
Robinson Correctional Center
Individual in Custody / Legal Mail
13423 East 1150th Ave.
Robinson, IL 62454

Respectfully Submitted,

s/Andrew Holder
Andrew Holder #6353046
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone: (618) 236-8784
Fax: (618) 236-8620
E-Mail: Andrew.Holder@ilag.gov
gls@ilag.gov